# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrew Guerrero; Stephen Brackett; James Laurie; Mackenzie Roberts; Jesse Walker; Kenneth Ortiz; Flobots Music LLC d/b/a Flobots Music Publishing,<br><br>PLAINTIFFS,<br><br>vs.<br><br>Logan Paul and Maverick Media,<br><br>DEFENDANTS. | Case No.: 2:19-cv-04267 CBM (MRWx)<br><br>Honorable Consuelo B. Marshall<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br>**[JS-6]** |

## ORDER

Pursuant to the parties' Stipulation (Dkt. 11), the above-captioned action is hereby dismissed with prejudice pursuant to FRCP 41(a)(2).

IT IS SO ORDERED.

Dated: October 28, 2019

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE